IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| CANE CREEK CYCLING COMPONENTS, INC., and HOMER JOHN RADER, III, <br><br> **Plaintiffs** <br><br> v <br><br> TIEN HSIN INDUSTRIES, C0., LTD. and FULL SPEED AHEAD, INC., d/b/a FULL SPEED AHEAD, <br><br> **Defendants.** | CIVIL NO. 1:07 CV 133 |

# <u>ORDER</u>

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* (#46) of Timothy F. Williams of the law firm of Dority & Manning, Attorneys at Law, P.A., P. O. Box 1449, Greenville, SC 29602-1449 (864) 271-1592, as counsel for the plaintiffs in this matter filed on January 16, 2008.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Timothy F. Williams is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: January 22, 2008

Dennis L. Howell
United States Magistrate Judge