IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| CANE CREEK CYCLING COMPONENTS, INC., and HOMER JOHN RADER, III, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | 1:07 CV 133 |
| TIEN HSIN INDUSTRIES CO., LTD. and FULL SPEED AHEAD, INC., d/b/a FULL SPEED AHEAD, | ) ) ) ) | |
| Defendants | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* (#53) of Jun Young Lee of the law firm of Rosenberg, Klein & Lee, 3458 Ellicott Center Drive, Suite 101, Ellicott City, MD 21043, 410-465-6678, to appear as counsel for the defendants in this matter filed on January 25, 2008.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Jun Young Lee is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: January 29, 2008

Dennis L. Howell
United States Magistrate Judge